IN THE SUPREME COURT OF THE STATE OF MONTANA

FILED

01/26/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0052

OP 24-0052

_____

MONTANANS SECURING REPRODUCTIVE
RIGHTS and SAMUEL DICKMAN, M.D.,

      Petitioners,

  v.

AUSTIN MILES KNUDSEN, in his official
capacity as MONTANA ATTORNEY GENERAL;
and CHRISTI JACOBSEN, in her official Capacity
as MONTANA SECRETARY OF STATE,

      Respondents.

                    O R D E R

_____

Petitioners Montanans Securing Reproductive Rights and Samuel Dickman, M.D. (MSRR), seek declaratory judgment on original jurisdiction under M. R. App. P. 14(4). Petitioners argue they are entitled to declaratory judgment that declares: (1) the Attorney General's determination that Constitutional Issue 14 (CI-14) violates the separate-vote requirement is incorrect; (2) the Attorney General has no authority to append a fiscal statement to CI-14; and (3) MSRR's proposed ballot statements comply with the applicable statutes. MSRR further asks the Court to direct the Attorney General to forward MSRR's ballot statements to the Montana Secretary of State within five days of this Court's decision on this matter.

Having reviewed the Petition, this Court deems it appropriate to obtain a summary response. Therefore, in accordance with M. R. App. P. 14(7),

IT IS ORDERED that Respondents are granted until the close of business on Monday, February 5, 2024, to prepare, file, and serve a response(s) to the petition for declaratory judgment on original jurisdiction.

The Clerk is directed to provide notice of this Order to counsel for all parties.

Electronically signed by:
James Jeremiah Shea
Justice, Montana Supreme Court
January 26 2024